April 3, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

UNITED STATES FIDELITY & GUARANTY CO., Appellant

NO. 14-10-00816-CV                    V.

COASTAL REFINING & MARKETING, INC., COASTAL OFFSHORE INSURANCE LIMITED, AND LEXINGTON INSURANCE COMPANY, Appellees

————————————————

This court today heard a motion for rehearing filed by appellees, Coastal Refining & Marketing, Inc., Coastal Offshore Insurance Limited, and Lexington Insurance Co. We order that the motion be granted, and that this court's former judgment of December 8, 2011 be vacated, set aside, and annulled. We further order this court's opinion of December 8, 2011 withdrawn.

This cause, an appeal from the judgment signed May 24, 2010 in favor of appellees Coastal Refining & Marketing, Inc., Coastal Offshore Insurance Limited, and Lexington Insurance Co., was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion. Specifically, we instruct the court below to reduce the damage award from $6 million to $2,895,162 and to reduce the interest awarded in accordance with the reduced damages. We order appellees Coastal Refining & Marketing, Inc., Coastal Offshore Insurance Limited, and Lexington Insurance Co., jointly and severally, to pay all costs incurred in this appeal, and we release from liability those who acted as sureties

on United States Fidelity & Guaranty Co.'s supersedeas bond. We further order this decision certified below for observance.